1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8                           **DISTRICT OF NEVADA**

| | |
|---|---|
| AMBER ZEIGLER, an individual, | |
| Plaintiffs, | CASE NO: 3:25-cv-00345-ART-CSD |
| vs. | **ORDER GRANTING** |
| HAMILTON COMPANY, a Nevada corporation; LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation; DOES I-X; and ABC CORPORATIONS A-Z; inclusive, | <u>**STIPULATION FOR**</u> <u>**DISMISSAL WITH PREJUDICE**</u> |
| Defendants. | |

Plaintiff AMBER ZEIGLER ("Zeigler") and Defendants HAMILTON COMPANY and LINCOLN NATIONAL LIFE INSURANCE COMPANY (collectively, "Defendants" and with Zeigler, "Parties"), by and through their respective counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. Pro. 41(a):

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

1. That Zeigler's claims against Defendants are dismissed with prejudice; and

2. That the Parties are to bear their respective attorneys' fees and costs.

IT IS SO STIPULATED

Dated: October 13, 2025                                   Dated: October 13, 2025

LEVERTY & ASSOCIATES LAW CHTD.              MAYNARD NEXSEN PC

/S/ *Patrick Leverty*                                          /S/ *Ann-Martha Andrews*

Patrick R. Leverty, Esq.                                   Ann-Martha Andrews, Esq.
832 Willow Street                                          2025 N. 3rd Street, Suite B300
Reno, Nevada 89502                                         Phoenix, AZ 85004
*Attorneys for Plaintiff*                                  *Attorney for Defendant*
*Amber Zeigler*                                            *Lincoln National Life Insurance Company*

Dated: October 13, 2025

LEMONS, GRUNDY & EISENBERG

/S/ *Douglas Brown*
Douglas R. Brown, NV Bar No. 7620
6005 Plumas Street, Third Floor
Reno, NV 89519
Tel: 775.786.6868

Ruth S. Marcott
Marcus P. Zelzer
KUTAK ROCK
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
Tel. 612.334.5000
*Attorneys for Defendant Hamilton Company*

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2025